```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
CHUBB & SON INC., et al.,                |
                                          |    NOT FOR PUBLICATION
                       Plaintiffs,        |    **MEMORANDUM AND ORDER**
                                          |
        - against -                       |    92  CV 4484 (CBA)
                                          |
MICHAEL J. KELLEHER, et al.,              |
                                          |
                       Defendants.        |
------------------------------------------------------X
CHUBB & SON INC., et al.,                 |
                                          |
                       Plaintiffs,        |
                                          |
        - against -                       |    95 CV 0951 (CBA)
                                          |
JAMES KELLEHER, et al.,                   |
                                          |
                       Defendants.        |
------------------------------------------------------X
AMON, UNITED STATES DISTRICT JUDGE
```

On November 7, 2002, this Court granted the plaintiffs' motion for a default judgment against defendant Stephen Horowitz. On May 27, 2005, the Court referred the matter to the Honorabl Robert M. Levy, United States Magistrate Judge, for an inquest on damages. Magistrate Judge Levy on March 24, 2006 issued a Report and Recommendation ("R&R") recommending that judgment be entered against Horowitz in the amount of $4,678,641.55 plus per diem interest of $200.80 from March 3, 2006 until the date of entry of judgment. No party has filed objections to this R&R.[1]

---

[1] Defendants Alan Rosenkranz and Robert Simon have filed objections to a separate R&R which Magistrate Judge Levy issued on the same date as the R&R being considered here and which addressed judgments to be entered against, *inter alia*, Rosenkranz and Simon. None of those objections addresses any specific defect in this R&R. Rather, the defendants raise general objections to the process by which the judgments against them were calculated. Since those judgments are discussed in the other R&R, the Court declines to address them in the context of

Upon careful consideration of Magistrate Judge Levy's thorough R&R, and the numerous filings in this case, the Court hereby adopts the R&R as the opinion of the Court with regard to defaulting defendant Horowitz. Judgment is to be entered against Horowitz in the amount of $4,678,641.55 plus per diem interest of $200.80 from March 3, 2006 until the date of entry of judgment. The Clerk of the Court is to enter judgment accordingly.

SO ORDERED.

Dated: Brooklyn, New York
July 26, 2006

Carol Bagley Amon
United States District Judge

---

this R&R.