FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ SEP 26 2006 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHUBB & SON INC., et al.,

          Plaintiffs,

-against-

MICHAEL J. KELLEHER, et al.,

          Defendants.
------------------------------------------------------------X
CHUBB & SON INC., et al.,

          Plaintiffs,

-against-

MICHAEL J. KELLEHER, et al.,

          Defendants.
------------------------------------------------------------X

JUDGMENT
~~05-CV-4484(CBA)~~
02-CV-4484(CBA)

~~05-CV-0951 (CBA)~~
05-CV-951(CBA)

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed September 21, 2006, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated March 24, 2006; and directing the Clerk of Court to enter judgment against (1) Robyn and Barry Gold in the amount of $279,418.64; (2) Gary Beckerman in the amount of $844,941.83; (3) G.B. Atlantic Adjusters, Inc. in the amount of $438,778.53; (4) Alan Rosenkranz in the amount of $668,666,85; (5) Robert Simon in the amount $3,094,875.59; and (6) Joseph Ringney in the amount of $1,949,186.76; and awarding prejudgment interest from October 1, 2005 through the date of entry of judgment at a rate of 9% per annum; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Robert M. Levy is adopted; that judgment is hereby entered in favor of plaintiffs, Chubb & Son Inc., et al., and against (1) Robyn and Barry Gold in the amount of $279,418,64; (2) Gary Beckerman in the amount of $844,941.83; (3) G.B. Atlantic Adjusters, Inc. in the amount of $438,778.53; (4) Alan Rosenkranz in the amount of $668,666,85; (5) Robert Simon in the amount $3,094,875.59; and (6) Joseph Ringney in the amount of $1,949,186.76; and that prejudgment interest is awarded from October 1, 2005 through the date of entry of judgment at a rate of 9% per annum.

Dated: Brooklyn, New York
September 22, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court